Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 76.253.3.68

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE  DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>            Plaintiff,<br><br>     vs.<br><br>John Doe subscriber assigned IP address 76.253.3.68<br>            Defendants. | No. 3:18-cv-00698<br><br>**NOTICE OF APPEARANCE FOR IP ADDRESS 76.253.3.68** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 76.253.3.68.

        DATED this 25th day of April, 2018.

                              **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


                              By /S/  Steve Vondran
                                    Steven C. Vondran, Esq.
                                    *Attorneys for IP* 76.253.3.68

**ORIGINAL** of the foregoing *e-filed* this 25th day of April 2018, with:

UNITED STATES DISTRICT COURT
**United States District Court Northern District of California**
**San Jose Division**
San Francisco Courthouse, Courtroom F - 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

**COPY** *mailed* this date to:

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

Executed on April 25, *2018,* at Flagstaff Arizona.

By:  */s/   Lisa Vondran* _____
         Lisa Vondran, Assistant